## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HERMAN SANCHEZ and MARIA SANCHEZ,

  Plaintiffs,

v.          No. 1:24-cv-00481-KRS-JMR

PROGRESSIVE DIRECT INSURANCE COMPANY,

  Defendant.

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

Plaintiffs and Defendant have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly.  Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

  **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

  1.  Plaintiffs' *Complaint for Payment of Underinsured Motorist Benefits due to Personal Injuries, Violation of the Trade Practices and Frauds Act of the New Mexico Insurance Code, Insurance Bad Faith, Violation of the New Mexico Unfair Practices Act, and Breach of Contract* filed in the Second Judicial District Court, County of Bernalillo, State of New Mexico,

No. D-202-CV-2024-02928, and removed to this Court on 05/16/24, ("Complaint") is dismissed with prejudice.

2.      Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3.      The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**THE HONORABLE KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

_/s/ Taryn M. Kaselonis_
Courtenay L. Keller
Taryn M. Kaselonis
Pablo A. Seifert
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
_Attorneys for Progressive_

AND

**MARTINEZ, HART, SANCHEZ & ROMERO, P.C.**

_/s/ David B. Martinez (via email 6/18/24)_
Julio C. Romero
David B. Martinez
1801 Rio Grande Blvd. NW, Suite A
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 Fax
julior@osolawfirm.com
davidm@osolawfirm.com